UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | | |
|---|---|---|
| ANDREW C. KOONS, | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | Case No. 3:15-cv-0106-RLY-WGH |
| | ) | |
| UNITED STATES OF AMERICA. | ) | |

**Entry Transferring Action to Seventh Circuit Court of Appeals**

Andrew C. Koons was convicted in No. 3:07-cr-0019-RLY-WGH-1 of being a felon in possession of a firearm. This is his fourth motion for relief pursuant to 28 U.S.C. § 2255, but because in this case he argues that the recent Supreme Court case *Johnson v. United States,* 135 S.Ct. 2251 (2015), invalidates his sentence, and in light of *Price v. United States,* No. 15-2427, 2015 WL 4621024 (7th Cir. Aug. 4, 2015), the Court will not dismiss the action for lack of subject matter jurisdiction. Rather, pursuant to 28 U.S.C. § 1631, the Court transfers this action to the Clerk of the Seventh Circuit Court of Appeals for consideration.

The clerk shall **transfer this action** to the clerk of the Seventh Circuit Court of Appeals. The clerk is directed to **administratively close** this action.

**IT IS SO ORDERED**.

Date: 8/28/2015

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution:
Andrew C. Koons
08629-028
Federal Satellite Low Elkton
P.O. Box 10
Lisbon, OH 44432

NOTE TO CLERK:  PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.